

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 1 6 2005 *rg*

MICHAEL BARAZ and MAZENAH BARAZ,

Plaintiffs

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

v.

Michael Comfort, District Director of the Citizenship
and Immigration Service and Michael Chertoff,
Secretary of the U.S. Department of Homeland Security

Case No.　　**JUDGE COAR**

**05C 1549**

**MAGISTRATE JUDGE ASHMAN**

## COMPLAINT FOR MANDAMUS

Plaintiffs Michael Baraz and Mazenah Baraz, by and through their undersigned attorneys, for
their Complaint for Mandamus against Defendants, Michael Comfort, District Director of the
Chicago Office for Citizenship and Immigration Services, and Michael Chertoff, Secretary of
Homeland Security allege as follows:

### Nature of the Case and Parties

1.　　This is a civil action to compel the Chicago District Director of the Office for
Citizenship and Immigration Services to either reconsider and rescind the revocation of the
Plaintiff's Petition for Alien Relative or in the alternative, to forward the Plaintiffs' Notice of
Appeal to the Board of Immigration Appeals as required by 8 C.F.R. § 1003.6.

2.　　Plaintiff Michael Baraz is a citizen of the United States. Mr. Baraz currently resides
at 1034 W. Randolph, Oak Park, Illinois.

3.　　Plaintiff Mazenah Baraz is a citizen of Malaysia who resides at 1034 W. Randolph,
Oak Park, Illinois.

1

4.    Defendants are the District Director of the Chicago Office for Citizenship and Immigration Services ("CIS") and the Secretary of the Department of Homeland Security. They are sued in their official capacity.

### Jurisdiction and Venue

5.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1361.

6.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(e) because the events and omissions giving rise to this matter occurred in this District and because Plaintiffs reside in this District.

### Statement of the Case

7.    The Plaintiffs were married in Chicago, Illinois on December 26, 1991.

8.    On June 17, 2003, the Chicago Office for Citizenship and Immigration Services for the second time approved a Petition for Alien Relative that the Plaintiff Michael Baraz had filed on behalf of his wife, Mazenah Baraz.

9.    On February 19, 2004 at a hearing scheduled for a decision of Mazenah Baraz's application for adjustment of status, the CIS served the Plaintiffs with a "Notification of Revocation of Petition for Alien Relative".

10.    Contrary to Section 205 of the Immigration and Nationality Act, and 8 C.F.R. §205.2, the CIS did not serve the Plaintiffs with a Notice of Intent to Revoke.

11.    On March 3, 2004, the Plaintiffs by Counsel properly filed a Notice of Appeal to the Board of Immigration Appeals from a Decision of an INS Officer. (See **Exhibit A**)

2

12. On October 27, 2004, after having been informed by the Clerk of the Board of Immigration Appeals that neither the Notice of Appeal nor the record of proceedings had been forwarded to the Board, Plaintiffs by Counsel sent an inquiry to both the CIS District Director and the Examinations Supervisor. (See Exhibit B)

13. Defendants have failed to respond to the Plaintiff's inquiries and Clerk of the Board of Immigration Appeals continues to confirm that nothing has been forwarded to the Board.

14. More than one year has now passed since the notice of appeal was filed and it appears that CIS has not reconsidered their decision nor has it forwarded the record to the Board.

## Claim for Relief

15. Defendants willfully and unreasonably have delayed in, and have refused to either reconsider their revocation, or forward Notice of Appeal and record of proceedings to Board of Immigration Appeals, thereby, depriving Plaintiffs of their right under the Administrative Procedure Act, 5 U.S.C. §555 (b) to a final adjudication of their petition in a reasonable time.

16. Defendants owe Plaintiffs the duty to act on their petition within a reasonable time and have unreasonably failed to perform that duty.

17. Plaintiffs have exhausted any administrative remedies that may exist and have not caused or contributed to the CIS delay in adjudicating their petition.

## Prayer for Relief

WHEREFORE Plaintiff prays that this Court:

A.    Accept jurisdiction and maintain continuing jurisdiction of this Action.

B.    Compel Defendants and those acting under them to adjudicate the Plaintiff's petition.

C.    Grant such other and further relief as this Court deems proper under the

circumstances.

Dated: *March 15, 2005*          By:    _Donald B. Kempster_

                                        Donald B. Kempster, Esq.

Plaintiff's Attorney:    Donald B. Kempster
Attorney Code:           26650
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604
Phone Number:            312/341-9730

BARAZ, Michael and Mazenah

## EXHIBITS:

Exhibit A     -     Copy of Notice of Appeal

Exhibit B     -     Copy of Inquiry



U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

**Notice of Appeal to the Board of Immigration
Appeals from a Decision of an INS Officer**

---

### WHERE TO FILE THIS APPEAL:
**Do not file this directly with the board of Immigration Appeals.**

This notice of appeal must be filed with the Immigration and Naturalization Service (INS) within 30 calendar days after
service of the decision of the INS Officer. Please read the complete instructions on the back of this form.

| In the Matter of (Name and "A" Number): | |
|---|---|
| Mazenah  BARAZ  A29 483 550 | RECEIVED MAR 0 3 2004 U.S. I & N SERVICE CHICAGO, ILLINOIS CASH-CLERK |

1.  I hereby appeal to the Board of Immigration Appeals from the decision on the

    **Michael Comfort, District Director** dated **2/19/2004** , in the
    *(Title of INS officer)* *(Date of INS Decision)*

    above entitled case.

2.  Specify reasons for this appeal and continue on separate sheets if necessary. Please refer to
    Instruction #2 for further guidance. *Warning: If the factual or legal bases for the appeal is not
    sufficiently described, the appeal may be summarily dismissed.*

    **Please see attached.**

3.  Do your desire oral argument before the Board of Immigration Appeals? ☒Yes  ☐ No

4.  Do you intend to file a separate written brief or statement after filing this Notice of Appeal?
    ☒ Yes  ☐ No  -I request a 30-day period after receipt of
    government response in order to submit a written
    brief.

    *20 Feb 2004*
    Date

    *Signature of Appellant*
    *(or attorney or representative)*
    **Michael Baraz**

    *(Print or type name)*
    **1034 West Randolph**

    **Oak Park      IL   60302**
    *Address (number, street, city, state, ZIP code)*

OMB No. 1125-0010; Expires 12/31/02

Form EOIR-29
Sept. 2002

**2.A) The government's revocation of the visa petition clearly fails to comply with the requirements of Section 205 of the Immigration and Nationality Act and 8 CFR § 205.2.**

Section 205 of the Immigration and Nationality Act states that a revocation shall have no effect unless it has been mailed to the petitioner's last known address and unless the beneficiary is notified before he or she commences a journey to the United States. Federal Regulations at 8 CFR § 205.2 further provide that:

> (b) Notice of intent. Revocation of the approval of a petition or self-petition under paragraph (a) of this section will be made only on notice to the petitioner or self-petitioner. The petitioner or self-petitioner must be given the opportunity to offer evidence in support of the petition or self-petition and in opposition to the grounds alleged for revocation of the approval. (Revised 3/26/96; 61 FR 13061)
>
> (c) Notification of revocation. If, upon reconsideration, the approval previously granted is revoked, the director shall provide the petitioner or the self-petitioner with a written notification of the decision that explains the specific reasons for the revocation. The director shall notify the consular officer having jurisdiction over the visa application, if applicable, of the revocation of an approval. (Added 3/26/96; 61 FR 13061)
>
> (d) Appeals. The petitioner or self-petitioner may appeal the decision to revoke the approval within 15 days after the service of notice of the revocation. The appeal must be filed as provided in part 3 of this chapter, unless the Associate Commissioner for Examinations exercises appellate jurisdiction over the revocation under part 103 of this chapter. Appeals filed with the Associate Commissioner for Examinations must meet the requirements of part 103 of this chapter. (Added 3/26/96; 61 FR 13061) [48 FR 19156, Apr. 28, 1983]

In this case petitioner's counsel was served with the notification of revocation at the commencement of a removal hearing that had been scheduled in order to consider the beneficiary's application for adjustment of status. The Office of U.S. Citizenship and Immigration Services did not send a copy of the revocation to the petitioner, it did not serve the petitioner with a notice of an intent to revoke, and "opportunity to offer evidence in support of the petition or self-petition and in opposition to the grounds alleged for revocation," and it did not notify the petitioner of his right to file an appeal as required by the regulations (See Exhibit A).

**B) The Government's revocation of the visa petition fails to provide an adequate factual basis for the revocation.**

The Regulations at 8 CFR § 205.2 clearly state that the government is required to give the petitioner an opportunity to offer evidence in opposition to the grounds alleged for revocation. In this case the notification of revocation merely states that the beneficiary's "marriage to Kimberly Shastal was entered into for the purpose of evading immigration laws and therefore fraudulent." The notification of revocation does not provide any factual basis for arriving at this conclusion. Previously the petitioner and the

beneficiary provided the government with the following documents, copies of which are attached hereto as Exhibits B-F:

1. A lease for the property at 640 West Sheridan Rd. Apt. 502 in the name of Kimberly and Mazenah Shastal.
2. A letter from First National Bank of Chicago verifying the existence of a savings account in the name of Kimberly and Mazenah Shastal.
3. A notice of termination of tenancy that was served on Kimberly and Mazenah Shastal.
4. An affidavit from Kimberly Shastal describing his relationship with his ex-wife and stating that their marriage was not entered into for the sole purpose of obtaining an immigration benefit for Mazenah.
5. A notarized letter from Stanley Peters confirming that Kimberly and Mazenah had a bona-fide relationship.

The Board of Immigration Appeals has held that a visa petition should not be denied unless the government provides a specific basis for the denial and is able to provide evidence in support of the denial. Matter of Pradieu 19 I+N Dec 419(BIA 1986). In this case the government has failed to provide an affidavit, a sworn statement or any other evidence to support its conclusion that the petitioner's first marriage was not bona-fide. Furthermore the government has failed to provide the petitioner with a meaningful opportunity to rebut its allegations. The petitioner therefore respectfully submits that the approval of his visa petition should be reaffirmed.

**C) The government's decision to approve the visa petition was not erroneous.**

On March 26, 1992 the petitioner filed a visa petition on his wife's behalf. That petition was approved on March 26, 1992. The Immigration Service subsequently sought to revoke the previous approval and on June 21, 1995 a Notice of Revocation was sent to the petitioner at his home address. A notice of appeal was filed with the Board of Immigration Appeals; however, the Form EOIR 29 that was submitted with the notice of appeal was signed by the beneficiary and not the petitioner. Therefore on May 23, 2002 the Board dismissed the appeal for lack of jurisdiction. On July 12, 2002 the petitioner Michael Baraz filed a second visa petition for his wife Mazenah. That petition clearly stated in Section D.2. that a previous petition had been filed and denied (See Exhibit G). On June 17, 2003 the petitioner and the beneficiary were scheduled for a personal interview in the Chicago DHS Office for the purpose of adjudicating the new I-130 petition. On the day of the interview the officer was able to review the beneficiary's entire file, including the original visa petition that was filed in 1992. Based on all of the evidence presented, the new I-130 petition was approved. The petitioner therefore respectfully submits that the decision was not erroneous.



**U.S. Citizenship
and Immigration
Services**

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, IL 60604

A29 483 550

FEB 1 9 2004

Mr. Michael BARAZ
1034 Randolph Street, #2
Oak Park, IL 60302

CC: Donald B. Kempster
332 S. Michigan Avenue, Suite 860
Chicago, IL 60604

## NOTIFICATION OF REVOCATION OF PETITION FOR ALIEN RELATIVE

Dear Mr. Baraz,

On July 12, 2002, the Service received another I-130, Petition For Alien Relative. You filed this on behalf of your spouse, Mazenah Baraz. The Service approved it on June 17, 2003. This letter is to notify you that the Service is revoking its erroneous decision rendered on June 17, 2003, for the following reason:

The Immigration and Nationality Act, section 204(c) states:

(c) Notwithstanding the provisions of subsection (b) no petition shall be approved if (1) the alien has previously been accorded, or has sought to be accorded, an immediate relative or preference status as the spouse of a citizen of the United States or the spouse of an alien lawfully admitted for permanent residence, by reason of a marriage determined by the Attorney General to have been entered into for the purpose of evading the immigration laws or (2) the Attorney General has determined that the alien has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws.

On June 21, 1995, the Service sent you and your attorney notification of revocation of the I-130 petition filed by you on behalf of your spouse and approved by the Service on August 04, 1992. The Service revoked its decision because it has been determined by the Attorney General through an investigation, that your spouse's marriage to Kimberly Shastal was entered into for the purpose of evading immigration laws and therefore fraudulent.

9



EXHIBIT
A

Page 2
A29 483 550

The law is profusely clear that "no petition shall be approved if the alien has previously been accorded, or has sought to be accorded, an immediate relative or preference status as the spouse of a citizen of the United States or the spouse of an alien lawfully admitted for permanent residence, by reason of a marriage determined by the Attorney General to have been entered into for the purpose of evading the immigration laws." This is not new information for you. Both you and your attorney were notified of this back in 1994 through an intent to revoke and in 1995 notifying you of the revocation.

You filed a new I-130 for your spouse and the Service granted this petition in error. Therefore, the I-130, Petition for Alien Relative received by the Service on July 12, 2002, and erroneously approved on June 17, 2003, is hereby revoked as of the date it was erroneously approved.

Sincerely,

Michael Comfort
District Director



# APARTMENT LEASE
## NOT FURNISHED

I.D. #122-150

| DATE OF LEASE | TERM OF LEASE | | MONTHLY RENT | SECURITY DEPOSIT |
|---|---|---|---|---|
| | BEGINNING | ENDING | | |
| APRIL 4, 1990 | JUNE 1, 1990 | APRIL 30, 1991 | $405.00 | $405.00 |

**TENANT**

KIMBERLY & MAZENAH SHASTAL
APT. #502
640 WEST SHERIDAN ROAD,
CHICAGO, ILLINOIS. 60613.

**OWNER**

wolin-levin, inc.

As Agents for Owner

1740 EAST 55th STREET
CHICAGO, ILLINOIS 60615

684-6300

In consideration of the mutual agreements and covenants set forth below (the same being fully included as part of this Lease) OWNER hereby leases to TENANT and TENANT hereby leases from OWNER for a private dwelling the Apartment designated above, together with the fixtures and accessories belonging thereto, for the above term. All parties listed above as OWNER and TENANT are herein referred to individually and collectively as OWNER and TENANT respectively.

LESSEE SHALL PAY TO LESSOR THE SUM OF $10.00 AS A SERVICE CHARGE FOR EACH MONTHLY RENT INSTALLMENT WHICH IS NOT RECEIVED BY LESSOR BY THE 10th DAY OF THE MONTH.

Tenant shall pay to agent for owner the sum of $20.00 as a service charge for each dishonored check tendered by tenant to agent for owner in payment of any sums due from tenant to agent for owner pursuant to the terms of this lease.

## LEASE AGREEMENTS AND COVENANTS

**RENT** 1. TENANT shall on the first day of each month pay to OWNER or OWNER'S agent (if Lease executed by agent) in advance the rent set forth above at the address set forth above or such other address as OWNER may designate in writing. The time of each and every payment of rent is of the essence of the Lease.

**SECURITY DEPOSIT** 2. TENANT has deposited with OWNER the security deposit set forth above for the performance of each and every covenant and agreement of this Lease. OWNER shall have the right, but not the obligation, to apply the security deposit...

**FALSE APPLICATION** 3. The application nor the Lease and representations and provisions contained therein are hereby made a part of this Lease...

**CONDITION OF APARTMENT, UPKEEP** 4. TENANT has examined the Apartment and acknowledges that...

**USE OF APARTMENT** 5. The Apartment shall be occupied solely for residence purposes by TENANT...

**ASSIGNMENT, SUBLETTING, ABANDONMENT, SURRENDER, TERMINATION OF RIGHT OF POSSESSION, RE-ENTRY** 6. TENANT shall neither sublet the Apartment nor any part thereof nor assign this Lease nor permit by any act of...

**ALTERATIONS, ADDITIONS, FIXTURES, APPLIANCES** 7. TENANT shall not make alterations or additions nor install any appliances in the Apartment or any part of the Building...

**ACCESS** 8. OWNER, OWNER'S agents and any other person authorized by this Lease shall at any time have the right of free access to the Apartment...

**HEATING AND WATER** 9. OWNER shall furnish to and for the use of TENANT, in fixtures provided for such purpose by OWNER and so other fixtures, hot and cold water...

EXHIBIT B

 **FIRST CHICAGO**
The First National Bank of Chicago

Mail Suite
One First National Plaza
Chicago, Illinois 60670
Telephone: (312) 732-4000

May 24, 1994

To Whom It May Concern:

    This is to verify that Kimberly Shastal and Mazenah Shastal did have an account at First National Bank of Chicago, opened date was January 12, 1991 and it was closed out February 12, 1993. The account was a Savings # 1110600533049.

Sincerely,

Mirta Ortiz

Customer Service Representative

EXHIBIT

C

Landlord's 5, 7, 10, 30
and 60 Day Notice

*Modern Law Forms*
*No. 222*

## NOTICE OF TERMINATION OF TENANCY

To:
KIMBERLY & MAZENAH SHASTAL

You are hereby notified that your tenancy or lease of the following described premises, to wit:
640 W. Sheridan Road – Apt. 502 –                    Chicago    , Illinois,
together with all other accommodations used by you in connection therewith, will be terminated as follows:

(1) (    ) There is due the undersigned for accrued and past-due rental for said accommodations aforesaid
the sum of                                                             Dollars    ($                    ),
for which demand is herewith made, and unless payment is made within five (5) days from the date of service
hereof, your tenancy is terminated.

(2) ( XX ) You have breached the terms of your lease for the above accommodations, as follows: Unauthorized
person living in apartment and loud music being played all hours of
day and night pursuant to Section 193:1-13B of Chicago's Residential
Landlord and Tenant Ordinance.
and you are notified to quit and deliver up possession of the same within ten (10) days from the date of service

(3) (    ) The undersigned elects to terminate your                              tenancy of the above described
accommodations, and that such termination will be effective on the              day of                    19

Unless you promptly comply with the above, suit will be instituted for possession, and you
will be liable for rental due and to become due, together with the costs of such proceeding.

Dated this   9th   day of October              1990

WOLIN–LEVIN, INC.
                                                            Landlord
By:
                                                            Agent
(OVER)

EXHIBIT
D

13

COUNTY OF COOK          )
                                         )
STATE OF ILLINOIS      ) :

### AFFIDAVIT

I, KIMBERLY SHASTAL, being duly sworn on oath state the following:

1.    I am a native and citizen of the United States of America.

2.    I met Mazenah Daud in August of 1987.

3.    Mazenah and I met at the Buddhist Temple on Wrightwood Avenue in Chicago, where we both worshipped.

4.    After we first met, we got together pretty regularly at the Buddhist Temple--about once every other week.

5.    After we each finished meditation, Mazenah would give me rides home from the Temple.  Soon, I began staying overnight at her apartment.

6.    Around April or May of 1989, Mazenah and I started living together in an apartment at 1248 West Devon Avenue in Chicago.

7.    Mazenah and I got married on November 20, 1989 in Chicago, Illinois.

8.    Mazenah and I loved each other a great deal, and that is the reason we married.

9.    Throughout our relationship, I earned a living working as a handyman and doing construction day jobs.  Many of my jobs were out of town, so I was away from home a great deal.

10.   In June 1990, Mazenah and I moved to an apartment at 640 West Sheridan Road in Chicago.

11.   In October 1990, we were evicted from our apartment on Sheridan Road because her son stayed with us for a while, and the lease did not authorize him to be there.

12.   Since our landlord had terminated our lease, no other landlord would rent to us.  The only way we could get a new lease was by getting a co-signer.  Since I had no credit history, Mazenah signed a lease, and our friend Dawn Bylak co-signed.  The three of us moved into an apartment at 633 West Grace in Chicago in November of 1990.  Because I worked out of town so much, we thought this arrangement would work well, since Dawn could keep Mazenah company while I was out of town.

12.   We were happily married for a while, but a clash developed between our lifestyles and our different social demands. Mazenah's profession demands a social connection in which little interest.  We began to quarrel a lot about our different expectations for each other and for our marriage.

EXHIBIT

F

13. Around August 1990, I introduced Mazenah to Michael Baraz, who used to give me job leads. By this time mine and Mazenah's relationship was beginning to fall apart, and Mazenah and Michael became interested in each other.

14. I met another woman, and Mazenah and I separated around January 1991, and we got divorced on July 30, 1991.


KIMBERLY SHASTAL

Subscribed and sworn to
before me this 20th day
of May, 1994.

NOTARY PUBLIC

" OFFICIAL SEAL "
NERIDA CINTRON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/9/96

15

May 20, 1994

Re:    Mazenah /Kimberly  Shastal

I am a friend of Kim and presently residing at 4128 North Claredon-Apt 328, Chicago.

I worked as a handyman and at present I am a janitor at the above address.

I know both Mazenah and Kim before they were married.  Kim introduced me to Mazenah.  They were very much in love and got married.  I did not meet them as regularly as when they were courting because Kim was always working out of town.   I came across Mazenah on the bus two years ago and she told me that Kim wanted a divorce because he had a girlfriend.  I was sorry to hear about that.  The last I heard of Kim is that he is with his girlfriend in San Diego.

Stanley Peters
S/S#:  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

MAY 24 1994

"OFFICIAL SEAL"
Martin M. Barkan
Notary Public, State of Illinois
My Commission Expires 7/1/96

EXHIBIT
F

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0054

**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE USE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

COPY

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Previously Forwarded
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] I-485 Filed Simultaneously
- [ ] Field Investigation
- [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved
- [ ] 203(g) Resolved

Remarks:

**A. Relationship**     You are the petitioner; your relative is the beneficiary.

**1. I am filing this petition for my:**
[X] Husband/Wife [ ] Parent [ ] Brother/Sister [ ] Child

**2. Are you related by adoption?**
[ ] Yes [X] No

**3. Did you gain permanent residence through adoption?**
[ ] Yes [X] No

| **B. Information about you** | **C. Information about your relative** |
|---|---|
| **1. Name** (Family Name in CAPS) (First) (Middle)<br>BARAZ     Michael | **1. Name** (Family Name in CAPS) (First) (Middle)<br>BARAZ     Mazenah |
| **2. Address** (Number and Street) (Apt. No.)<br>331 Shady Lane | **2. Address** (Number and Street) (Apt. No.)<br>331 Shady Lane |
| (Town or City) (State/Country) (ZIP/Postal Code)<br>Elmhurst     IL/USA     60126 | (Town or City) (State/Country) (ZIP/Postal Code)<br>Elmhurst     IL/USA     60126 |
| **3. Place of Birth** (Town or City) (State/Country)<br>Chicago, IL/USA | **3. Place of Birth** (Town or City) (State/Country)<br>Malacca     MALAYSIA |
| **4. Date of Birth** (Month/Day/Year) 01/11/1957 **5. Gender** [X] Male [ ] Female **6. Marital Status** [X] Married [ ] Single [ ] Widowed [ ] Divorced | **4. Date of Birth** (Month/Day/Year) 08/27/1943 **5. Gender** [ ] Male [X] Female **6. Marital Status** [X] Married [ ] Single [ ] Widowed [ ] Divorced |
| **7. Other Names Used** (including maiden name)<br>None | **7. Other Names Used** (including maiden name)<br>nee: DAUD; Shastal |
| **8. Date and Place of Present Marriage** (if married)<br>12/26/1991     Chicago, IL/USA | **8. Date and Place of Present Marriage** (if married)<br>12/26/1991     Chicago, IL/USA |
| **9. Social Security Number** (if any) 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 **10. Alien Registration Number** N/A | **9. Social Security Number** (if any) 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 **10. Alien Registration Number** A29 483 550 |
| **11. Name(s) of Prior Husband(s)/Wive(s)** 12. Date(s) Marriage(s) Ended<br>Nancye St. Peter     07/30/1991 | **11. Name(s) of Prior Husband(s)/Wive(s)** 12. Date(s) Marriage(s) Ended<br>Kimberly Shastal     11/15/1991<br>Hari Panday     10/24/1989<br>Mazlan Abdullah     03/31/1977 |

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
[X] Birth in the U.S.
[ ] Naturalization. Give certificate number, date and place of issuance.

[ ] Parents. Have you obtained a certificate of citizenship in your own name?
[ ] Yes. Give certificate number, date and place of issuance [ ] No

**13. Has your relative ever been in the U.S.?** [X] Yes [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she last arrived as a: A-2
(visitor, student, stowaway, without inspection, etc.)
Arrival/Departure Record (I-94): 582-87567302     Date arrived (Month/Day/Year): 02/03/1992
Date authorized stay expired, or will expire, as shown on Form I-94 or I-95: D/S

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.

**15. Name and address of present employer** (if any)
None
Date this employment began (Month/Day/Year): N/A

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
[ ] Yes [ ] No

**16. Has your relative ever been under immigration proceedings?**
[ ] No [X] Yes Where Chicago When 07/18/02
[ ] Removal [X] Exclusion/Deportation [ ] Recission [ ] Judicial Proceedings

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appv'd _____ Denied _____ Ret'd _____

17

EXHIBIT

## C. Information about your relative (continued)

17. List husband/wife and all children of your relative.

| (Name) | | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|---|
| MAZLEN | Mazlin | Son | 02/19/1964 | SINGAPORE |
| MAZLEN | Mazween | Son-Deceased | 03/11/1965 | SINGAPORE |
| MAZLEN | Mazarita | Daughter | 05/16/1971 | MALAYSIA |
| | | | | |
| | | | | |
| | | | | |

18. Address in the United States where your relative intends to live.

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 331 Shady Lane | Elmhurst | IL |

19. Your relative's address abroad(Include street, city, province and country)

N/A

Phone Number (if any)

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name)          Address (Include street, city, province and country):

21. If filing for your husband/wife, give last address at which you lived together(Include street, city, province, if any, and country):

| | From: (Month) (Year) | To: (Month) (Year) |
|---|---|---|
| 331 Shady Lane, Elmhurst, IL/USA | 11/1992 | PRESENT |

22. Complete the information below if your relative is in the United States and will apply for adjustment of status

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service in ___Chicago___ ___IL___. If your relative is not eligible for adjustment of status, he or she
                                                          (City)          (State)
will apply for a visa abroad at the American consular post in ___Kuala Lumpur___ ___MALAYSIA___
                                                                    (City)          (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

None

2. Have you ever filed a petition for this or any other alien before?     ☒ Yes   ☐ No
   If "Yes", give name, place and date of filing and result.
                    BARAZ, Mazenah, 03/02/1992, Chicago, IL, Denied.

WARNING: INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

PENALTIES: By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

YOUR CERTIFICATION: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date 03 July 2002   Phone Number 630.833.8890

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name   Donald B. Kempster, Esq.   Signature   Donald B. Kempster   Date 7/10/02

Address   332 S. Michigan Avenue, Suite 860, Chicago, IL 60604

G-28 ID or VOLAG Number, if any.   CHI 00 1260

18

Form I-130 (Rev. 12/28/01) Y Page 2

## CERTIFICATE OF SERVICE

I, Donald B. Kempster, an attorney in the State of Illinois, hereby certify that I have caused a copy of the attached Notice of Appeal to the Board of Immigration Appeals to be delivered to the Office of the District Counsel, U.S. Citizenship & Immigration Services, 55 East Monroe, Ste. 1700, Chicago, Illinois on the 3rd day of March 2004.

*Donald B. Kempster*

_____
Donald B. Kempster

Donald B. Kempster
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Ave., Suite 1428
Chicago, Illinois 60604
(312) 341-9730

Attorney Code: 26650

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
BEFORE THE BOARD OF IMMIGRATION APPEALS
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

TYPE OF PROCEEDING:

| | | | DATE 3 03 04 |
|---|---|---|---|

☐ Deportation ☐ Bond Redetermination ☐ Disciplinary

☒ Removal ☐ Motion to Reopen/Reconsider

☐ Exclusion ☐ Rescission

ALIEN NUMBER(S) (list lead alien number and all family member alien numbers if applicable)

**A29 483 550**

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

| NAME | (First) | (Middle Initial) | (Last) |
|---|---|---|---|
| Michael | | | BARAZ |

| ADDRESS | (Number & Street) | (Apt. No.) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|---|
| 1034 West Randolph | | | Oak Park | IL | 60302 |

Please check one of the following:

☒ 1. I am a member in good standing of the bar of the highest court(s) of the following State(s), possession(s), Territory(ies), Commonwealth(s), or the District of Columbia:

*Name(s) of Court(s)*        *State Bar No. (if applicable)*

Illinois Supreme Court

(Please use space on reverse side to list additional jurisdictions.)

I ☒ am not (or ☐ am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law **and** the courts listed above comprise **all** of the jurisdictions other than federal courts where I am licensed to practice law.

☐ 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review (provide name of organization): _____

☐ 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 292. (Explain fully on reverse side.)

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID# | TELEPHONE NUMBER (Include Area Code) | DATE |
|---|---|---|---|
| *Donald B. Kempster* | | 312-341-9730 | 3 03 04 |

| NAME OF ATTORNEY OR REPRESENTATIVE (TYPE OR PRINT) | ADDRESS | ☐ Check here if this is a new address. |
|---|---|---|
| Donald B. Kempster, Esq. | 332 S. Michigan Ave., Suite 1428 | |
| Kempster, Keller & Lenz-Calvo, Ltd. | Chicago,    IL    60604 | |

**Certificate of Service**

I ___Donald B. Kempster, Esq.___ mailed or delivered a copy of the foregoing on  3 3 04  to the Immigration
    (Name)                                     (Date)

and Naturalization Service at ___55 East Monroe, Ste. 1700___

(Address)

x *Donald B. Kempster*
           Signature of Attorney or Representative

OMB#1125-0005

FORM EOIR-27
August 99

(Note: Alien may be required to sign Acknowledgement and Consent on reverse side of this form.)

I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | |
|---|---|---|
| Michael          BARAZ | | 20 Feb 2004 |

(NOTE: *The Privacy Act of 1974 requires that if the person being represented or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign this form.*)

APPEARANCES - An appearance shall be filed on EOIR Form-27 by the attorney or representative appearing in each case before the Board of Immigration Appeals (see 8 C.F.R. § 3.38((g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the Immigration and Naturalization Service. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature shall constitute a representation that, under the provisions of 8 C.F.R. Chapter 3, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with Matter of Rosales, 19 I&N Dec. 655 (1988). Further proof of authority to act in a representative capacity may be required.

REPRESENTATION    - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in 8 C.F.R. § 1.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R. § 292.1(a)(3).

(4) Accredited representative as defined in 8 C.F.R. § 292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 292.1(a)(5).

THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1-16.11 AND APPENDICES.

Public reporting burden for the collection of information is estimated to average 6 minutes per response, including the time for reviewing the data needed, completing and reviewing the collection of information, and record-keeping. Send comments regarding this burden estimate or any other aspect of this information collection including suggestions for reviewing this burden to the Executive Office for Immigration Review, 5107 Leesburg Pike, Suite 2400, Falls Church, VA 22041.

(Please attach additional sheets of paper as necessary.)

*U.S. GPO: 2000-461-076/21608

KEMPSTER, KELLER AND LENZ-CALVO, LTD.

ATTORNEYS AT LAW

SUITE 1428
332 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60604
(312) 341-9730
FAX (312) 341-0399
www.klc-ltd.com

2004 OCT 28  P 3: 16

INS-CHI-EXAMS
ADJUDICATION BRANCH

*DONALD B. KEMPSTER
CHERYL LENZ-CALVO
MARTINA M. KELLER

WILLIAM A. QUICENO
THERESA A. CORCORAN
DIANA C. BAUERLE

*ALSO ADMITTED IN INDIANA

OF COUNSEL
DOUGLAS BRISTOL

October 27, 2004

Ms. Stacy Sommers
Examinations Supervisor
Department of Homeland Security
Citizenship and Immigration Services
230 S. Dearborn, 23rd Floor
Chicago, IL 60604

> RE:   Michael Baraz
>       Petitioner.
>       Mazenah Baraz
>       Beneficiary.
>       File A29 483 550

Dear Ms. Sommers:

Attached please find a copy of an inquiry letter that our office has recently forwarded to Michael Comfort regarding the status of a Notice of Appeal to the Board of Immigration Appeals from a Decision of an INS officer. This appeal was in response to a Notification of Revocation of Petition for Alien Relative in connection with the above-referenced I-130. Our office has no indication that this appeal was ever transferred to the Board of Immigration Appeals. I ask that you please look into this matter and transfer it to the Board of Immigration Appeals if possible. In order to facilitate the inquiry process, I have attached a copy of the date-stamped appeal.

I trust that you will not hesitate to contact me should you have any questions or concerns.

Very truly yours,

Donald B. Kempster

Donald B. Kempster
Attorney at Law

KEMPSTER, KELLER AND LENZ-CALVO, LTD.

ATTORNEYS AT LAW

SUITE 1428
332 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 80604
(312) 341-9730
FAX (312) 341-0399
www.klc-ltd.com

*DONALD B. KEMPSTER
CHERYL LENZ-CALVO
MARTINA M. KELLER

WILLIAM A. QUICENO
THERESA A. CORCORAN
DIANA C. BAUERLE

*ALSO ADMITTED IN INDIANA

OF COUNSEL
DOUGLAS BRISTOL

October 27, 2004

Mr. Mike Comfort
District Director
Department of Homeland Security
Citizenship and Immigration Services
10 West Jackson, 3rd Floor
Chicago, IL 60604

      RE:    Michael Baraz
             Petitioner.
             Mazenah Baraz
             Beneficiary.
             File A29 483 550

Dear Mr. Comfort:

On February 19, 2004, your office issued a Notification of Revocation of Petition for Alien Relative in connection with a visa petition that was filed by our client Michael Baraz on behalf of his spouse Mazenah Baraz. On March 03, 2004, our office filed a Notice of Appeal to the Board of Immigration Appeals from a Decision of an INS Officer with your office (see attached copy). To date, our office has received no update regarding the status of this appeal.

According to a representative at the Clerk's Office of the Board of Immigration Appeals, their office has no record of our appeal. At this time we request that you please provide us with an update on the status of the above-referenced.

I trust that you will not hesitate to contact me should you have any questions or concerns.

Very truly yours,

Donald B. Kempster
Attorney at Law

23

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

# Notice of Appeal to the Board of Immigration Appeals from a Decision of an INS Officer

**WHERE TO FILE THIS APPEAL:**

**Do not file this directly with the Board of Immigration Appeals.**

This notice of appeal must be filed with the Immigration and Naturalization Service (INS) within 30 calendar days after service of the decision of the INS Officer. Please read the complete instructions on the back of this form.

In the Matter of (Name and "A" Number):

Mazenah BARAZ A29 483 550

RECEIVED
MAR 0 3 2004
U.S. I & N SERVICE
CHICAGO, ILLINOIS
CASH-CLERK

1. I hereby appeal to the Board of Immigration Appeals from the decision on the Michael Comfort, District Director (Title of INS officer) dated 2/19/2004 (Date of INS Decision), in the above entitled case.

2. Specify reasons for this appeal and continue on separate sheets if necessary. Please refer to Instruction #2 for further guidance. *Warning: If the factual or legal bases for the appeal is not sufficiently described, the appeal may be summarily dismissed.*

   Please see attached.

3. Do your desire oral argument before the Board of Immigration Appeals? ☒ Yes ☐ No

4. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?
   ☒ Yes ☐ No -I request a 30-day period after receipt of government response in order to submit a written brief.

20 Feb 2004
Date

Signature of Appellant
*(or attorney or representative)*

Michael Baraz
*(Print or type name)*

1034 West Randolph

Oak Park IL 60302
*Address (number, street, city, state, ZIP code)*

OMB No. 1125-0010; Expires 12/31/02

Form EOIR-29
Sept. 2002

2.A) The government's revocation of the visa petition clearly fails to comply with the requirements of Section 205 of the Immigration and Nationality Act and 8 CFR § 205.2.

Section 205 of the Immigration and Nationality Act states that a revocation shall have no effect unless it has been mailed to the petitioner's last known address and unless the beneficiary is notified before he or she commences a journey to the United States. Federal Regulations at 8 CFR § 205.2 further provide that:

(b) Notice of intent. Revocation of the approval of a petition or self-petition under paragraph (a) of this section will be made only on notice to the petitioner or self-petitioner. The petitioner or self-petitioner must be given the opportunity to offer evidence in support of the petition or self-petition and in opposition to the grounds alleged for revocation of the approval. (Revised 3/26/96; 61 FR 13061)

(c) Notification of revocation. If, upon reconsideration, the approval previously granted is revoked, the director shall provide the petitioner or the self-petitioner with a written notification of the decision that explains the specific reasons for the revocation. The director shall notify the consular officer having jurisdiction over the visa application, if applicable, of the revocation of an approval. (Added 3/26/96; 61 FR 13061)

(d) Appeals. The petitioner or self-petitioner may appeal the decision to revoke the approval within 15 days after the service of notice of the revocation. The appeal must be filed as provided in part 3 of this chapter, unless the Associate Commissioner for Examinations exercises appellate jurisdiction over the revocation under part 103 of this chapter. Appeals filed with the Associate Commissioner for Examinations must meet the requirements of part 103 of this chapter. (Added 3/26/96; 61 FR 13061) [48 FR 19156, Apr. 28, 1983]

In this case petitioner's counsel was served with the notification of revocation at the commencement of a removal hearing that had been scheduled in order to consider the beneficiary's application for adjustment of status. The Office of U.S. Citizenship and Immigration Services did not send a copy of the revocation to the petitioner, it did not serve the petitioner with a notice of an intent to revoke, and "opportunity to offer evidence in support of the petition or self-petition and in opposition to the grounds alleged for revocation," and it did not notify the petitioner of his right to file an appeal as required by the regulations (See Exhibit A).

B) The Government's revocation of the visa petition fails to provide an adequate factual basis for the revocation.

The Regulations at 8 CFR § 205.2 clearly state that the government is required to give the petitioner an opportunity to offer evidence in opposition to the grounds alleged for revocation. In this case the notification of revocation merely states that the beneficiary's "marriage to Kimberly Shastal was entered into for the purpose of evading immigration laws and therefore fraudulent." The notification of revocation does not provide any factual basis for arriving at this conclusion. Previously the petitioner and the

beneficiary provided the government with the following documents, copies of which are attached hereto as Exhibits B-F:

1. A lease for the property at 640 West Sheridan Rd. Apt. 502 in the name of Kimberly and Mazenah Shastal.

2. A letter from First National Bank of Chicago verifying the existence of a savings account in the name of Kimberly and Mazenah Shastal.

3. A notice of termination of tenancy that was served on Kimberly and Mazenah Shastal.

4. An affidavit from Kimberly Shastal describing his relationship with his ex-wife and stating that their marriage was not entered into for the sole purpose of obtaining an immigration benefit for Mazenah.

5. A notarized letter from Stanley Peters confirming that Kimberly and Mazenah had a bona-fide relationship.

The Board of Immigration Appeals has held that a visa petition should not be denied unless the government provides a specific basis for the denial and is able to provide evidence in support of the denial. <u>Matter of Pradieu</u> 19 I+N Dec 419(BIA 1986). In this case the government has failed to provide an affidavit, a sworn statement or any other evidence to support its conclusion that the petitioner's first marriage was not bona-fide. Furthermore the government has failed to provide the petitioner with a meaningful opportunity to rebut its allegations. The petitioner therefore respectfully submits that the approval of his visa petition should be reaffirmed.

## C) The government's decision to approve the visa petition was not erroneous.

On March 26, 1992 the petitioner filed a visa petition on his wife's behalf. That petition was approved on March 26, 1992. The Immigration Service subsequently sought to revoke the previous approval and on June 21, 1995 a Notice of Revocation was sent to the petitioner at his home address. A notice of appeal was filed with the Board of Immigration Appeals; however, the Form EOIR 29 that was submitted with the notice of appeal was signed by the beneficiary and not the petitioner. Therefore on May 23, 2002 the Board dismissed the appeal for lack of jurisdiction. On July 12, 2002 the petitioner Michael Baraz filed a second visa petition for his wife Mazenah. That petition clearly stated in Section D.2. that a previous petition had been filed and denied (See Exhibit G). On June 17, 2003 the petitioner and the beneficiary were scheduled for a personal interview in the Chicago DHS Office for the purpose of adjudicating the new I-130 petition. On the day of the interview the officer was able to review the beneficiary's entire file, including the original visa petition that was filed in 1992. Based on all of the evidence presented, the new I-130 petition was approved. The petitioner therefore respectfully submits that the decision was not erroneous.



**U.S. Citizenship
and Immigration
Services**

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, IL 60604

A29 483 550

FEB 1 9 2004

Mr. Michael BARAZ
1034 Randolph Street, #2
Oak Park, IL 60302

CC: Donald B. Kempster
332 S. Michigan Avenue, Suite 860
Chicago, IL 60604

## NOTIFICATION OF REVOCATION OF PETITION FOR ALIEN RELATIVE

Dear Mr. Baraz,

On July 12, 2002, the Service received another I-130, Petition For Alien Relative. You filed this on behalf of your spouse, Mazenah Baraz. The Service approved it on June 17, 2003. This letter is to notify you that the Service is revoking its erroneous decision rendered on June 17, 2003, for the following reason:

The Immigration and Nationality Act, section 204(c) states:

(c) Notwithstanding the provisions of subsection (b) no petition shall be approved if (1) the alien has previously been accorded, or has sought to be accorded, an immediate relative or preference status as the spouse of a citizen of the United States or the spouse of an alien lawfully admitted for permanent residence, by reason of a marriage determined by the Attorney General to have been entered into for the purpose of evading the immigration laws or (2) the Attorney General has determined that the alien has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws.

On June 21, 1995, the Service sent you and your attorney notification of revocation of the I-130 petition filed by you on behalf of your spouse and approved by the Service on August 04, 1992. The Service revoked its decision because it has been determined by the Attorney General through an investigation, that your spouse's marriage to Kimberly Shastal was entered into for the purpose of evading immigration laws and therefore fraudulent.



EXHIBIT
A

Page 2
A29 483 550


The law is profusely clear that "no petition shall be approved if the alien has previously been accorded, or has sought to be accorded, an immediate relative or preference status as the spouse of a citizen of the United States or the spouse of an alien lawfully admitted for permanent residence, by reason of a marriage determined by the Attorney General to have been entered into for the purpose of evading the immigration laws." This is not new information for you. Both you and your attorney were notified of this back in 1994 through an intent to revoke and in 1995 notifying you of the revocation.

You filed a new I-130 for your spouse and the Service granted this petition in error. Therefore, the I-130, Petition for Alien Relative received by the Service on July 12, 2002, and erroneously approved on June 17, 2003, is hereby revoked as of the date it was erroneously approved.


                              Sincerely,



                              Michael Comfort
                              District Director

# APARTMENT LEASE
## NOT FURNISHED

| I.D. #122-150 | | | MONTHLY RENT | SECURITY DEPOSIT |
|---|---|---|---|---|
| **DATE OF LEASE** | **TERM OF LEASE** | | | |
| | BEGINNING | ENDING | | |
| APRIL 4, 1990 | JUNE 1, 1990 | APRIL 30, 1991 | $485.00 | $485.00 |

**TENANT**

KIMBERLY & HAZENAH SHASTAL

APT. #502

640 WEST SHERIDAN ROAD,

CHICAGO, ILLINOIS, 60611.

**OWNER**

## wolin-levin, inc.

As Agent for Owner

1740 EAST 55th STREET

CHICAGO, ILLINOIS 60615

684-6300

In consideration of the mutual agreements and covenants set forth below (the same being fully included as part of this Lease) OWNER hereby leases to TENANT and TENANT hereby leases from OWNER for a private dwelling the Apartment designated above, together with the fixtures and accessories belonging thereto, for the above term. All matters listed above, as OWNER and TENANT are herein referred to individually and collectively as OWNER and TENANT respectively.

LESSEE SHALL PAY TO LESSOR THE SUM OF $10.00 AS A SERVICE CHARGE FOR EACH INSTALLMENT INSTALLMENT WHICH IS NOT RECEIVED BY LESSOR BY THE 5th DAY OF THE MONTH.

Tenant shall pay to agent for owner the sum of $20.00 as a service charge for each dishonored check tendered by tenant to agent for owner in payment of any sums due from tenant to agent for owner pursuant to the terms of this lease.

## LEASE AGREEMENTS AND COVENANTS

**RENT** — 1. TENANT shall on the first day of each month pay to OWNER or OWNER's agent (if Lease executed by agent) in advance the rent set forth above at the address set forth above (or such other address as OWNER may designate in writing). The time of each and every payment of rent is of the essence of this Lease.

**SECURITY DEPOSIT** — 2. TENANT has deposited with OWNER the security deposit set forth above for the performance of each and every covenant and agreement of this Lease...

**FALSE APPLICATION** — 3. The application for this Lease and all representations and promises contained therein are hereby made a part of this Lease...

**CONDITION OF APARTMENT, UPKEEP** — 4. TENANT has examined the Apartment and acknowledges that, except for the most OWNER has agreed to do in the application or otherwise in writing...

**USE OF APARTMENT** — 5. The Apartment shall be occupied solely for the residence premises by TENANT, those other persons listed in the application for this Lease...

**ASSIGNMENT, SUBLETTING, ABANDONMENT, RELETTING, TERMINATION OF RIGHT OF POSSESSION, RE-ENTRY** — 6. TENANT shall neither sublet the Apartment or any part thereof nor assign this Lease nor permit by any act or default of herself or any person any transfer of TENANT's interest by operation of law...

**ALTERATIONS, ADDITIONS, FIXTURES, APPLIANCES** — 7. TENANT shall make no alterations or additions nor install nor maintain in the Apartment or any part of the building, interior or exterior, major appliances or devices of any kind without in each case the written consent of OWNER...

**ACCESS** — 8. OWNER, OWNER's agents and other persons authorized by the same shall at any time have the right to enter the Apartment for sale...

**HEATING AND WATER** — 9. OWNER shall furnish in and for the use of TENANT, in fixtures provided for such purpose by OWNER and no other fixtures, hot and cold water during the Term and, in radiators or other heating fixtures in the Apartment...

29

EXHIBIT D

 **FIRST CHICAGO**
The First National Bank of Chicago

Mail Suite
One First National Plaza
Chicago, Illinois 60670
Telephone: (312) 732-4000

May 24, 1994

To Whom It May Concern:

This is to verify that Kimberly Shastal and Mazenah Shastal did have an account at First National Bank of Chicago, opened date was January 12,1991 and it was closed out February 12,1993. The account was a Savings # 1110600533049.

Sincerly,

Mirta Ortiz

Customer Service Representative

30

EXHIBIT

Landlord's 5, 7, 10, 30
and 60 Day Notice

Modern Law Forms
No. 232

## NOTICE OF TERMINATION OF TENANCY

To:
### KIMBERLY & MAZENAH SHASTAL

You are hereby notified that your tenancy or lease of the following described premises, to wit:
640 W. Sheridan Road - Apt. 502 -          Chicago     , Illinois,
together with all other accommodations used by you in connection therewith, will be terminated as follows:

(1) (    ) There is due the undersigned for accrued and past-due rental for said accommodations aforesaid the sum of                                          Dollars  ($              ),
for which demand is herewith made, and unless payment is made within five (5) days from the date of service hereof, your tenancy is terminated.

(2) ( XX ) You have breached the terms of your lease for the above accommodations, as follows: Unauthorized person living in apartment and loud music being played all hours of day and night pursuant to Section 193.1-13B of Chicago's Residential Landlord and Tenant Ordinance.
and you are notified to quit and deliver up possession of the same within ten (10) days from the date of service

(3) (    ) The undersigned elects to terminate your                     tenancy of the above described accommodations, and that such termination will be effective on the          day of                    19

Unless you promptly comply with the above, suit will be instituted for possession, and you will be liable for rental due and to become due, together with the costs of such proceeding.

Dated this    9th    day of October               1990

WOLIN-LEVIN, INC.
                                                   Landlord
By: _____
                                          Agent
(OVER)

EXHIBIT

COUNTY OF COOK        )
                      )
STATE OF ILLINOIS     )

## AFFIDAVIT

I, KIMBERLY SHASTAL, being duly sworn on oath state the following:

1. I am a native and citizen of the United States of America.

2. I met Mazenah Daud in August of 1987.

3. Mazenah and I met at the Buddhist Temple on Wrightwood Avenue in Chicago, where we both worshipped.

4. After we first met, we got together pretty regularly at the Buddhist Temple--about once every other week.

5. After we each finished meditation, Mazenah would give me rides home from the Temple. Soon, I began staying overnight at her apartment.

6. Around April or May of 1989, Mazenah and I started living together in an apartment at 1248 West Devon Avenue in Chicago.

7. Mazenah and I got married on November 20, 1989 in Chicago, Illinois.

8. Mazenah and I loved each other a great deal, and that is the reason we married.

9. Throughout our relationship, I earned a living working as a handyman and doing construction day jobs. Many of my jobs were out of town, so I was away from home a great deal.

10. In June 1990, Mazenah and I moved to an apartment at 640 West Sheridan Road in Chicago.

11. In October 1990, we were evicted from our apartment on Sheridan Road because her son stayed with us for a while, and the lease did not authorize him to be there.

12. Since our landlord had terminated our lease, no other landlord would rent to us. The only way we could get a new lease was by getting a co-signer. Since I had no credit history, Mazenah signed a lease, and our friend Dawn Bylak co-signed. The three of us moved into an apartment at 633 West Grace in Chicago in November of 1990. Because I worked out of town so much, we thought this arrangement would work well, since Dawn could keep Mazenah company while I was out of town.

12. We were happily married for a while, but a clash developed between our lifestyles and our different social dem... Mazenah's profession demands a social connection in which little interest. We began to quarrel a lot about our dif...

EXHIBIT

13.  Around August 1990, I introduced Mazenah to Michael Baraz, who used to give me job leads.  By this time mine and Mazenah's relationship was beginning to fall apart, and Mazenah and Michael became interested in each other.

14.  I met another woman, and Mazenah and I separated around January 1991, and we got divorced on July 30, 1991.

KIMBERLY SHASTAL

Subscribed and sworn to
before me this 20th day
of May, 1994.

NOTARY PUBLIC

" OFFICIAL  SEAL "
NERIDA CINTRON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES  3/9/96

33

May 20, 1994

Re:    Mazenah /Kimberly  Shastal

I am a friend of Kim and presently residing at 4128 North Claredon-Apt 328, Chicago.

I worked as a handyman and at present I am a janitor at the above address.

I know both Mazenah and Kim before they were married.  Kim introduced me to Mazenah.  They were very much in love and got married.  I did not meet them as regularly as when they were courting because Kim was always working out of town.  I came across Mazenah on the bus two years ago and she told me that Kim wanted a divorce because he had a girlfriend.  I was sorry to hear about that.  The last I heard of Kim is that he is with his girlfriend in San Diego.

_Stanley Peters_
Stanley Peters
S/S#:   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

MAY 24 1994

"OFFICIAL SEAL"
Martin M. Barkon
Notary Public, State of Illinois
My Commission Expires 7/1/96

34

EXHIBIT

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0054

# Petition for Alien Relative

**DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE USE ONLY**

| A# | Action Stamp | Fee Stamp |
|---|---|---|

COPY

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - P3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(g) Resolved
- [ ] 203(g) Resolved

Remarks:

## A. Relationship
You are the petitioner; your relative is the beneficiary.

**1. I am filing this petition for my:**
[X] Husband/Wife [ ] Parent [ ] Brother/Sister [ ] Child

**2. Are you related by adoption?**
[ ] Yes [X] No

**3. Did you gain permanent residence through adoption?**
[ ] Yes [X] No

## B. Information about you

**1. Name (Family Name in CAPS)** (First) (Middle)
BARAZ    Michael

**2. Address (Number and Street)** (Apt. No.)
331 Shady Lane

(Town or City) (State/Country) (ZIP/Postal Code)
Elmhurst    IL/USA    60126

**3. Place of Birth (Town or City)** (State/Country)
Chicago, IL/USA

**4. Date of Birth (Month/Day/Year)**
01/11/1957

**5. Gender:** [X] Male [ ] Female

**6. Marital Status:** [X] Married [ ] Single [ ] Widowed [ ] Divorced

**7. Other Names Used (including maiden name)**
None

**8. Date and Place of Present Marriage (if married)**
12/26/1991    Chicago, IL/USA

**9. Social Security Number (if any)**
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

**10. Alien Registration Number**
N/A

**11. Name(s) of Prior Husband(s)/Wive(s)**
Nancye St. Peter

**12. Date(s) Marriage(s) Ended**
07/30/1991

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
[X] Birth in the U.S.
[ ] Naturalization. Give certificate number, date and place of issuance.

[ ] Parents. Have you obtained a certificate of citizenship in your own name?
[ ] Yes. Give certificate number, date and place of issuance [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
[ ] Yes [ ] No

## C. Information about your relative

**1. Name (Family Name in CAPS)** (First) (Middle)
BARAZ    Mazenah

**2. Address (Number and Street)** (Apt. No.)
331 Shady Lane

(Town or City) (State/Country) (ZIP/Postal Code)
Elmhurst    IL/USA    60126

**3. Place of Birth (Town or City)** (State/Country)
Malacca    MALAYSIA

**4. Date of Birth (Month/Day/Year)**
08/27/1943

**5. Gender:** [ ] Male [X] Female

**6. Marital Status:** [X] Married [ ] Single [ ] Widowed [ ] Divorced

**7. Other Names Used (including maiden name)**
nee: DAUD; Shastal

**8. Date and Place of Present Marriage (if married)**
12/26/1991    Chicago, IL/USA

**9. Social Security Number (if any)**
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

**10. Alien Registration Number**
A29 483 550

**11. Name(s) of Prior Husband(s)/Wive(s)**
Kimberly Shastal
Hari Panday
Mazlan Abdullah

**12. Date(s) Marriage(s) Ended**
11/15/1991
10/24/1989
03/31/1977

**13. Has your relative ever been in the U.S.?**
[X] Yes [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she last arrived as a: A-2
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94)
582-87567302

Date arrived (Month/Day/Year)
02/03/1992

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
D/S

**15. Name and address of present employer (if any)**
None

Date this employment began (Month/Day/Year)
N/A

**16. Has your relative ever been under immigration proceedings?**
[ ] No [X] Yes Where Chicago When 07/18/02
[ ] Removal [X] Exclusion/Deportation [ ] Rescission [ ] Judicial Proceedings

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appv'd _____ Denied _____ Ret'd

EXHIBIT
A

## C. Information about your relative (continued)

17. List husband/wife and all children of your relative.

| (Name) | | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|---|
| MAZLEN | Mazlin | Son | 02/19/1964 | SINGAPORE |
| MAZLEN | Mazween | Son-Deceased | 03/11/1965 | SINGAPORE |
| MAZLEN | Mazarita | Daughter | 05/16/1971 | MALAYSIA |
| | | | | |
| | | | | |
| | | | | |

18. Address in the United States where your relative intends to live.

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 331 Shady Lane | Elmhurst | IL |

19. Your relative's address abroad(Include street, city, province and country)

N/A

Phone Number (if any)

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name)    Address (Include street, city, province, and country):

21. If filing for your husband/wife, give last address at which you lived together(Include street, city, province, if any, and country):

331 Shady Lane, Elmhurst, IL/USA

| From: (Month) (Year) | To: (Month) (Year) |
|---|---|
| 11/1992 | PRESENT |

22. Complete the information below if your relative is in the United States and will apply for adjustment of status.

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service in **Chicago**     **IL**     . If your relative is not eligible for adjustment of status, he or she
 (City)     (State)
will apply for a visa abroad at the American consular post in **Kuala Lumpur**     **MALAYSIA**
 (City)     (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

None

2. Have you ever filed a petition for this or any other alien before?   ☒ Yes   ☐ No
If "Yes", give name, place and date of filing and result.

BARAZ, Mazenah, 03/02/1992, Chicago, IL, Denied.

WARNING: INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

PENALTIES: By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

YOUR CERTIFICATION: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date 03 July 2002    Phone Number 630.833.8950

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name  Donald B. Kempster, Esq.     Signature  Donald B. Kempster     Date  7/10/02

Address  332 S. Michigan Avenue, Suite 860, Chicago, IL 60604     G-28 ID or VOLAG Number, if any.     CHI 00 1260

Form I-130 (Rev. 12/28/01) Y Page 2

## CERTIFICATE OF SERVICE

I, Donald B. Kempster, an attorney in the State of Illinois, hereby certify that I have caused a copy of the attached Notice of Appeal to the Board of Immigration Appeals to be delivered to the Office of the District Counsel, U.S. Citizenship & Immigration Services, 55 East Monroe, Ste. 1700, Chicago, Illinois on the 3rd day of March 2004.

*Donald B. Kempster*

Donald B. Kempster

Donald B. Kempster
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Ave., Suite 1428
Chicago, Illinois 60604
(312) 341-9730

Attorney Code: 26650

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
BEFORE THE BOARD OF IMMIGRATION APPEALS
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

TYPE OF PROCEEDING:

DATE 3 03 04

- [ ] Deportation
- [X] Removal
- [ ] Exclusion
- [ ] Bond Redetermination
- [ ] Motion to Reopen/Reconsider
- [ ] Rescission
- [ ] Disciplinary

ALIEN NUMBER(S) (list lead alien number and all family member alien numbers if applicable)

A29 483 550

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

NAME        (First)        (Middle Initial)        (Last)

Michael                                    BARAZ

ADDRESS   (Number & Street)        (Apt. No.)        (City)        (State)        (Zip Code)

1034 West Randolph                              Oak Park        IL              60302

Please check one of the following:

- [X] 1. I am a member in good standing of the bar of the highest court(s) of the following State(s), possession(s), Territory(ies), Commonwealth(s), or the District of Columbia:

Name(s) of Court(s)                              State Bar No. (if applicable)

Illinois Supreme Court

(Please use space on reverse side to list additional jurisdictions.)

I [X] am not (or [ ] am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions other than federal courts where I am licensed to practice law.

- [ ] 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review (provide name of organization):

- [ ] 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 292. (Explain fully on reverse side.)

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNATURE OF ATTORNEY OR REPRESENTATIVE        EOIR ID#        TELEPHONE NUMBER (Include Area Code)        DATE

Donald B. Kempster                              312-341-9730              3 03 04

NAME OF ATTORNEY OR REPRESENTATIVE (TYPE OR PRINT)        ADDRESS        [ ] Check here if this is a new address

Donald B. Kempster, Esq.                        332 S. Michigan Ave., Suite 1428
Kempster, Keller & Lenz-Calvo, Ltd.            Chicago,              IL        60604

Certificate of Service

I  Donald B. Kempster, Esq.    mailed or delivered a copy of the foregoing on   3 3 04    to the Immigration
       (Name)                                                                    (Date)

and Naturalization Service at  55 East Monroe, Ste. 1700
                                          (Address)

x  Donald B. Kempster
        Signature of Attorney or Representative

OMB#1125-0005

FORM EOIR-27
August 00

(Note: Alien may be required to sign Acknowledgement and Consent on reverse side of this form.)

I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | |
|---|---|---|
| Michael          BARAZ | | 20 Feb 2004 |

(NOTE. *The Privacy Act of 1974 requires that if the person being represented is claiming to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign this form.*)

APPEARANCES - An appearance shall be filed on EOIR Form-27 by the attorney or representative appearing in each case before the Board of Immigration Appeals (see 8 C.F.R. § 3.38((g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the Immigration and Naturalization Service. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature shall constitute a representation that, under the provisions of 8 C.F.R. Chapter 1, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with Matter of Rosales, 19 I&N Dec. 655 (1988). Further proof of authority to act in a representative capacity may be required

REPRESENTATION    - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in 8 C.F.R. § 1.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R. § 292.1(a)(3).

(4) Accredited representative as defined in 8 C.F.R. § 292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 292.1(a)(5).

THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1-16.11 AND APPENDICES.

Public reporting burden for the collection of information is estimated to average 6 minutes per response, including the time for reviewing the data needed, completing and reviewing the collection of information, and record-keeping. Send comments regarding this burden estimate or any other aspect of this information collection including suggestions for reviewing this burden to the Executive Office for Immigration Review, 5107 Leesburg Pike, Suite 2400, Falls Church, VA 22041.

(Please attach additional sheets of paper as necessary.)